UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THROUGHTEK CO., LTD., <br><br>    Plaintiff, <br>    v. <br><br> ANKER INNOVATIONS CO. LTD., et al., <br><br>    Defendants. | CASE NO. 2:23-cv-00515-TL <br><br> ORDER |

This matter comes before the Court on the Parties' Stipulation to Extend Deadline to Respond to Complaint for All Defendants (Dkt. No. 19). Pursuant to the Stipulation, the deadline for all Defendants to respond to the Complaint is extended to **August 3, 2023**.

Dated this 15th day of May 2023.

Tana Lin
United States District Judge

ORDER - 1