The Honorable Tana Lin

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| THROUGHTEK CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> ANKER INNOVATIONS CO. LTD., <br> ANKER INNOVATIONS, LTD., <br> ANKER TECHNOLOGY CORPORATION, <br> FANTANSIA TRADING LLC, <br> POWER MOBILE LIFE, LLC., <br> AMAZON.COM INC., <br> HOME DEPOT USA INC., <br> MICRO CENTER INC., <br> TARGET CORPORATION, <br> LOWE'S COMPANIES INC., and <br> WALMART INC., <br><br> Defendants. | Case No. 2:23-CV-00515-TL <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINES** |

STIPULATION AND [PROPOSED] ORDER. TO
EXTEND DEADLINES
2:23-CV-00515-TL

Pursuant to Judge Lin's Standing Order for All Civil Cases, ¶ II(G), the Parties have agreed to move the following deadlines:

- the deadline for all Defendants to respond to the complaint is extended to **September 4, 2023**;[1]
- the deadline for the FRCP 26(f) Conference is extended to **September 11, 2023**;[2]
- the deadline for Initial Disclosures Pursuant to FRCP 26(a)(1) is extended to **September 25, 2023**;[3]
- the deadline to file a Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) is extended to **October 9, 2023**.[4]

The Parties request the Clerk to reset the deadlines as noticed.

Dated:  July 31, 2023

LAW OFFICE OF CARL J. MARQUARDT

By:  *s/ Carl J. Marquardt*
Carl J. Marquardt (WSBA No. 23257)
1126 34th Avenue, Suite 311
Seattle, WA 98122
Tel:  (206) 388-4498
Email: carl@cjmlawoffice.com

WPAT P.C., LAW GROUP VIRGINIA

By:  *s/Justin I. King*
Justin I. King (*Pro Hac Vice*)
8230 Boone Blvd., Suite 405
Vienna, VA 22182
Tel:  (703) 639-0151
Email: jking@wpat.com

*Attorneys for Plaintiff ThroughTek Co., Ltd.*

---

[1] A 30-day extension would call for the deadline to fall on Saturday, September 2, 2023. Monday, September 4, 2023 is a federal holiday.  Therefore, the parties have agreed to extend the deadline to Tuesday, September 5, 2023.
[2] A 30-day extension would call for the deadline to fall on Saturday, September 9, 2023. Therefore, the parties have agreed to extend the deadline to Monday, September 11, 2023.
[3] A 30-day extension would call for the deadline to fall on Saturday, September 23, 2023. Therefore, the parties have agreed to extend the deadline to Monday, September 25, 2023.
[4] A 30-day extension would call for the deadline to fall on Saturday, October 7, 2023.  Therefore, the parties have agreed to extend the deadline to Monday, October 9, 2023.

STIPULATION AND [PROPOSED] ORDER. TO EXTEND DEADLINES
2:23-CV-00515-TL

1

| | |
|---|---|
| Dated: July 31, 2023 | ORRICK, HERRINGTON & SUTCLIFFE LLP |

By:  *s/ Mark S. Parris*
Mark S. Parris (WSBA No. 13870)
401 Union Street, Suite 3300
Seattle, WA 98101
Tel:  (206) 839-4300
Fax:  (206) 839-4301
Email: mparris@orrick.com


By:  *s/Robert Benson*
Robert Benson (*Pro Hac Vice*)
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Tel:  (949) 852-7705
Fax:  (949) 567-6710
Email: rbenson@orrick.com


By:  *s/Yufeng (Ethan) Ma*
Yufeng (Ethan) Ma (*Pro Hac Vice*)
4703 Park Place
1601 Nanjing Road
West Shanghai, People's Republic of China
Tel:  86-21-6109-7000
Email: yma@orrick.com


By:  *s/Jeffrey Johnson*
Jeffrey Johnson (*Pro Hac Vice*)
609 Main Street, 40th Floor
Houston, ,TX 77002
Tel:  (713) 658-6400
Email: jj@orrick.com


By:  *s/David R. Medina*
David R. Medina (*Pro Hac Vice*)
355 South Grand Ave., Suite 2700
Los Angeles, CA 90071
Tel:  (213) 612-2020
Email: dmedina@orrick.com


*Attorneys for Defendants Anker Innovations Ltd., Fantasia LLC, and Power Mobile Life, LLC*

## **ORDER**

Pursuant to the Parties' Stipulation, IT IS SO ORDERED.

Dated this 1st day of August, 2023.

_(signature)_

Tana Lin
United States District Judge